**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 2:20-CR-3-3 JRG-RSP |
| | § | |
| ARMANDO IVAN DE LA TORRE | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
FINDING DEFENDANT GUILTY**

On this day, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge Roy S. Payne regarding defendant's plea of guilty to Counts 3 and 23 of an indictment charging defendant with a violation of (Count 3) 21 U.S.C. § 841(a)(1), possession with intent to distribute and distribution of methamphetamine; and (Count 23) 18 U.S.C. §924(c), use, carrying and possession of a firearm during and in furtherance of a drug trafficking crime.    Having conducted a proceeding in the form and manner prescribed by FED. R. CRIM P. 11, the Magistrate Judge recommends that the Court accept the defendant's guilty plea.   The parties waived their right to file objections to the Findings of Fact and Recommendation.   The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly **ORDERED** that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed November 18, 2020, are hereby **ADOPTED**.

It is further **ORDERED** that, pursuant to defendant's plea agreement, the Court finds defendant **GUILTY** of Counts 3 and 23 of the indictment in the above-numbered cause.

**So ORDERED and SIGNED this 8th day of December, 2020.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE